**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7266**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

EDWARD DANE JEFFUS,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  N. Carlton Tilley, Jr., Senior District Judge.  (6:92-cr-00184-NCT-2)

Submitted:  February 18, 2021                     Decided:  February 23, 2021

Before NIEMEYER, KING, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Edward Dane Jeffus, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Dane Jeffus appeals the district court's order denying his motion seeking to reduce his term of imprisonment pursuant to 18 U.S.C. § 3582(c)(1)(A). The court noted that Jeffus filed this motion nearly four-and-a-half years after he completed his federal term of imprisonment. Because Jeffus is no longer in federal custody, we affirm the district court's order denying his motion for a sentence reduction. We also deny his motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

*AFFIRMED*